MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:     (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| ARLEY and VALERIE LEGHORN, as individuals, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., QBE INSURANCE CORPORATION, AND QBE FIRST INSURANCE AGENCY, INC.,<br><br>Defendants. | Case No. 4:13-cv-00708-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE** |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1, and upon
2  consideration of the joint stipulation filed by plaintiffs Arley and Valerie Leghorn ("Plaintiffs")
3  and defendants Wells Fargo Bank, N.A., Wells Fargo Insurance Inc., QBE Insurance Corporation
4  and QBE First Insurance Agency, (collectively, "Defendants"), the briefing schedule in this matter
5  is set as follows:

- Defendants shall file an answer or response to the Complaint on or before April 5, 2013;
- Plaintiffs shall have until April 30, 2013, to file their opposition to Defendants' answers or responses; and
- Defendants shall have until May 14, 2013, to file their reply to Plaintiffs' opposition.

**IT IS SO ORDERED.**

Dated: __March 19_____, 2013   _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



07725.0154/2600652.1                                    2                      Case No. 4:13-cv-00708-PJH
[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE