UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLEY AND VALERIE LEGHORN,

    Plaintiffs,

v.

WELLS FARGO BANK NA, et al.,

    Defendants.
_____/

No. C 13-0708 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred to Magistrate Judge Spero for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero.

**IT IS SO ORDERED**.

Dated: April 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge