**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLEY AND VALERIE LEGHORN,

            Plaintiff(s),

    v.

WELLS FARGO BANK NA,

            Defendant(s).

_____/

AND RELATED CASE

DOUGLAS CORBIN,

            Plaintiff(s),

    v.

WELLS FARGO BANK, NA, ET AL.,

            Defendant(s).

_____/

No. 3:13-cv-00708 JCS
Related Case 3:13-cv-1353 JCS

**ORDER SETTING CASE
MANAGEMENT CONFERENCE
[Reassigned Case]**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above-entitled matter having been reassigned to the Honorable Joseph C. Spero  for trial

and all further proceedings, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 16 and

Civil L.R.16-10, that a Case Management Conference shall be held in this case on **May 17, 2013, at**

**1:30 p.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San

Francisco, California.

      The parties shall appear in person or through lead trial counsel and shall be prepared to

discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties

shall meet and confer and  file a joint case management statement and proposed order no later May

10, 2013.  If any party is proceeding without counsel, separate statements may be filed by each

party.

1    All documents filed with the Clerk of the Court shall list the civil case number followed only

2    by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.

3    IT IS SO ORDERED.

4

5    Dated:  April 29, 2013

6    _____
     JOSEPH C. SPERO
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California