

Katherine L. Halliday
**Associate**
1250 24th Street NW, Suite 700
Washington, DC 20037
t 202.349.2996
khalliday@buckleysandler.com

June 28, 2013

**VIA CM/ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request for Telephonic Appearance
             *Leghorn v. Wells Fargo Bank, N.A., et al.*, No. 3:13-cv-00708-JCS;
             *McKenzie v. Wells Fargo Bank, N.A., et al.*, No. 3:11-cv-04965-JCS
             *Corbin v. Wells Fargo Bank, N.A., et al.*, No. 3:13-cv-01353-JCS

Dear Magistrate Judge Spero:

      The undersigned counsel for Defendants, QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc., respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on July 8, 2013, commencing at 11:00 a.m. (Pacific Daylight Time). If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (202) 461-2996.

Dated: 7/1/13



Sincerely,

/s/ Katherine L. Halliday
Katherine L. Halliday
Admitted *Pro Hac Vice*

WASHINGTON, DC      NEW YORK, NY      LOS ANGELES, CA      ORANGE COUNTY, CA