

**Megan D. Yelle**         4600 IDS Center
Direct: (612) 256-3232    80 South Eighth Street
Fax: (612) 338-4878       Minneapolis, MN 55402
myelle@nka.com            (877) 448-0492

July 2, 2013

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

      RE:    *Leghorn v. Wells Fargo Bank, N.A., et al.*, **Case No. 3:13-cv-00708-JCS**

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the July 8, 2013 Case Management Conference in the above matters.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call.  My direct landline is 612-256-3232.

           Sincerely,

Dated: 7/3/13

**NICHOLS KASTER, PLLP**

/s/Megan D. Yelle
Megan D. Yelle
*Attorney for Plaintiffs*



IT IS SO ORDERED
Judge Joseph C. Spero