**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSISCO DIVISION**

| | |
|---|---|
| **ARLEY and VALERIE LEGHORN,** as individuals, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., QBE INSURANCE CORPORATION, AND QBE FIRST INSURANCE AGENCY, INC.,**<br><br>Defendants. | Case No. 3:13-cv-00708-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL (ECF NO. 138)**<br><br>**[CIVIL L.R. 79-5(D)]**<br><br>Assigned for all Purposes to Magistrate Judge Joseph C. Spero<br><br>Action Filed:   February 19, 2013<br>Trial date:     None Set |

1    Plaintiffs' Administrative Motion For Sealing Order (ECF No. 102) having been filed
2 and the designated documents lodged with the Clerk, and Defendants QBE Insurance
3 Corporation ("QBEIC") and QBE FIRST Insurance Agency, Inc. ("QBE FIRST") (collectively,
4 "the QBE Defendants") having filed a declaration in support of the motion pursuant to L.R. 79-
5 5(d), the matter having been submitted, and good cause having been shown pursuant to L.R. 79-5
6 and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), the Court
7 finds that the declaration filed by the QBE Defendants establishes that the material designated
8 "confidential" is entitled to protection under the law because it is confidential and proprietary
9 and the QBE Defendants use reasonable efforts to maintain the secrecy of this type of
10 information, and further its disclosure would: (1) assist the QBE Defendants' competitors by
11 allowing them to unfairly compete; (2) harm the QBE Defendants because competitors would
12 become aware of the QBE Defendants' confidential business information; and (3) destroy the
13 Defendants' competitive business advantage by permitting competitors to modify their own
14 policies and procedures based on confidential information, and thus,

15    IT IS ORDERED that Plaintiffs' motion to seal is GRANTED as follows:

16    The Court hereby orders that the following materials attached to the Declaration of Kai
17 Richter in Support of Plaintiffs' Motion for Class Certification (ECF No. 108) shall remain filed
18 under seal, for the above reasons, and each and every one of the reasons set forth in the
19 Declaration of Mark Chapman:

20        **Exhibit 8** (Excerpts from the Deposition of Mark Chapman pp. 93-95),
21        **Exhibits 13-18** (ZC Sterling/Wells Fargo Agreements),
22        **Exhibit 52** (Expert Report of Birny Birnbaum), and
23        **Page 3, Lines 17-25; Page 4, Lines 1-8; and Page 10, Lines 3-7 of Plaintiffs'**
24 **Notice of Motion and Motion for Class Certification and Memorandum of Points and**
25 **Authorities in Support, ECF No. 103**.

26
27
28

1 | DATED: _____09/23/13_____

_____
Magistrate Judge Joseph C. Spero, U.S. District Court