# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANSISCO DIVISION

| | |
|---|---|
| **ARLEY and VALERIE LEGHORN,** as individuals, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., QBE INSURANCE CORPORATION, AND QBE FIRST INSURANCE AGENCY, INC.,**<br><br>Defendants. | Case No. 3:13-cv-00708-JCS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS QBE INSURANCE CORP.'S AND QBE FIRST INSURANCE AGENCY, INC.'S MOTION TO CORRECT ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL<br><br>Date:<br>Time:<br>Crtrm:   G<br>Judge:   Hon. Joseph C. Spero |

Case3:13-cv-00708-JCS   Document137   Filed09/26/13   Page2 of 2

1  IT IS HEREBY ORDERED that the Order Granting Administrative Motion to Seal, ECF
2  No. 127, is hereby VACATED.  Defendants QBE Insurance Corp.'s and QBE FIRST Insurance
3  Agency Inc.'s Motion to Correct Order Granting Administrative Motion to Seal is hereby
4  GRANTED.

5
6  DATED: __09/26/13_____
7                                                                    _____
                                                                                          Spero
                                                         Magistrate Judge, United States District Court

1
Proposed Order
Case No. 3:13-cv-00708-JCS