

**Amanda M. Raines**
**Counsel**
1250 24th Street NW, Suite 700
Washington, DC 20037
t 202.349.8089
araines@buckleysandler.com

April 4, 2014

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request for Telephonic Appearance
                *Leghorn v. Wells Fargo Bank, N.A.* (N.D. Cal. No. 3:13-cv-00708-JCS)

Dear Magistrate Judge Spero:

      The undersigned counsel for Defendants, QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc., respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on April 11, 2014, commencing at 11:00 a.m. (Pacific Daylight Time). If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (202) 349-8089.

IT IS HEREBY ORDERED THAT
Ms. Raines shall be on phone stand by
and await the Court's call.
Dated: 4/8/14

Sincerely,

/s/ Amanda M. Raines
Amanda M. Raines
Admitted *Pro Hac Vice*

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

