


**Amanda Raines Lawrence**
**Partner**
1250 24th Street NW, Suite 700
Washington, DC 20037
t 202.349.8089
alawrence@buckleysandler.com

November 26, 2014

**VIA CM/ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re**:**    Request for Telephonic Appearance
               *Leghorn v. Wells Fargo Bank, N.A.*, Case No. 3:13-cv-00708-JCS

Dear Magistrate Judge Spero:

     The undersigned counsel for Defendants QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc. respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on December 5, 2014, commencing at 2:00 p.m. (Pacific Time).  If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number:  (202) 349-8089.

DAted: 12/1/14



Sincerely,

**BUCKLEYSANDLER LLP**

/s/ Amanda Raines Lawrence
Amanda Raines Lawrence
Admitted *Pro Hac Vice*